# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 34 MM 2015 |
| Respondent | : |
| | : |
| v. | : |
| | : |
| MARTIN BURNETT, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief and the Application for an Immediate Hearing are **DENIED**.